UNITED STATE BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: AKSHARDIP CORP. | : | Chapter 7 |
| | : | |
| Debtor. | : | Case No. 5:19-01559-RNO |

| | | |
|---|---|---|
| In re: S&R LTD | : | Chapter 7 |
| | : | |
| Debtor. | : | Case No. 5:19-01561-RNO |

| | | |
|---|---|---|
| In re: SWAMI ENTERPRISES, INC. | : | Chapter 7 |
| | : | |
| Debtor. | : | Case No. 5:19-01562-RNO |

| | | |
|---|---|---|
| WILLIAM G. SCHWAB, ESQ., Trustee For the Estate of Akshardip Corp., Movant, vs. | : : : : : | |
| TOMPKINS VIST BANK f/k/a LEESPORT BANK | : : : : | Motion to Sell At Private Sale |
| ROBERT F. SMITH and MARY ANN SMITH | : : : | |
| FEDERAL AGENCIES: | : : | |
| INTERNAL REVENUE SERVICE, | : : | |
| STATE AGENCIES: | : : | |
| PA DEPARTMENT OF REVENUE, PA DEPARTMENT OF LABOR AND INDUSTRY, | : : : : | |
| SCHUYLKILL COUNTY AGENCIES: | : : | |
| SCHUYLKILL COUNTY, SCHUYLKILL COUNTY TAX CLAIM BUREAU, | : : : : | |
| SCHUYLKILL COUNTY MUNICIPALITIES MUNICIPAL AGENCIES & SCHOOL DISTRICTS | : : : | |

1

|  | : |
|---|---|
| **NORTH MANHEIM TOWNSHIP SCHUYLKILL COUNTY MUNICIPAL AUTHORITY, BLUE MOUNTAIN SCHOOL DISTRICT** | : : : : |
| **Respondents** | : |

## AMENDED ORDER

**AND NOW**, upon consideration of the Trustee's Motion to Sell Real Property Free and Clear of Liens and Encumbrances at Private Sale, and the Motion to Amend Order, it is hereby **ORDERED** and **DECREED** that the Motions are **GRANTED**; it is further

**ORDERED** that the Trustee is Authorized to sell the real property located in North Manheim Township, with the Tax Parcel No. of 18-6-101, and the street address of 511 Route 61 South to Ravi Panchal or DIVNIL LLC, or to Mr. Panchal's other assigns for $635,000; it is further

**ORDERED** that the Trustee is Authorized to distribute the proceed from each sale as follows:

    a. Any out-of-pocket expenses advanced by WILLIAM G. SCHWAB, ESQUIRE, in connection with the sale of the aforementioned property, and which have not been reimbursed at the time of settlement, along with a reserve of three (3%) percent for a potential Trustee commission to be held until further Order of Court;

    b. Any notarization and/or incidental recording fees associated with the sale of the above property;

    c. Any transfer tax which is the responsibility of the seller herein;

    d. $15,000.00 to HOUSER AUCTIONEERS, representing the auctioneer's commission[1], plus the pro-rata reasonable expenses in conjunction with the sale of the personal property;

---

[1] While this is being done as a private sale, it developed as a result of the auction held on July 27, 2019. The interested party wanted to conduct a phase 1 environmental study before committing.

e. Any unpaid real estate taxes and other municipal claims/liens arising from the sale of the real-estate;

f. All money owed to VIST Bank under its first mortgage on the property which will be paid at time of settlement;

g. All money owed to Robert F. Smith and Mary Ann Smith under their second mortgage on the property which will be paid at time of settlement;

h. Any other unpaid real-estate liens shall attach to the remaining proceeds of the real-estate sale; and

i. The balance of the proceeds shall be held in the Trustee's escrow account for further distribution; and it is further

**ORDERED** that the Trustee is authorized to execute all papers and documents necessary to transfer said real estate and to effectuate said sale.

Dated: December 31, 2019

By the Court,

_Robert N. Opel II_
Robert N. Opel, II, Chief Bankruptcy Judge (BI)