UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: AKSHARDIP CORP. : Chapter 7
             Debtor. : Case No. 19-01559

## SUMMARY COVER SHEET FEES AND EXPENSES APPLICATION

a. Your applicant was appointed on __May 10, 2019__.

b. Your applicant represents __William G. Schwab, Trustee__.

c. The total amount of the compensation requested is __$7,500.00__.

d. This compensation is __Final__.

e. The total amount of expenses for which reimbursement is sought is __$70.45__ and is for period of __April 16, 2019 through December 31, 2020__.

f. The dates and amounts of previous compensation paid are __$0.00 N/A__.

g. The date and amount of any retainer paid are __$0.00 N/A__.

Applicant's Signature:
/s/ William G. Schwab
**WILLIAM G. SCHWAB, ESQUIRE**
**ATTORNEY FOR TRUSTEE**

Dated: __April 21, 2021__

Case 5:19-bk-01559-HWV    Doc 67    Filed 09/07/21    Entered 09/07/21 10:19:31    Desc
Main Document    Page 1 of 16

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:  AKSHARDIP CORP.   :   Chapter 7
                Debtor.   :   Case No. 19-01559

# FINAL APPLICATION FOR COMPENSATION
# TO ATTORNEY FOR TRUSTEE

A.  Your applicant was appointed on May 10, 2019. A copy of the Order appointing Attorney is attached hereto, made a part hereof and marked as Exhibit "A".

B.  Your applicant represents the bankrupt estate.

C.  Your applicant is a disinterested person and has not represented or held an interest adverse to the interest of the estate on the matters on which he was employed in compliance with 11 U.S.C. § 327(a).

D.  The total amount of the unapproved compensation requested for attorney's fees, nine thousand seven hundred eighty-two and 90/100 Dollars ($9,782.90) as set forth in the attached Exhibit "B". Using a cost benefit analysis, the requested fees have been reduced to, seven thousand five hundred and 00/100 Dollars ($7,500.00).

E.  This compensation is final compensation.

F.  The total out-of-pocket costs for each matter are set forth in the attached Exhibit "B", and total, seventy and 45/100 Dollars ($70.45).

G.  Photocopies are billed at fifteen cents per copy, facsimiles are charged at $1.00 per page, including long distance charges, long distance telephone charges, postage and computer research are billed at cost.

H.  The attorney for the Trustee has performed services on the following matters which are described in more detail as follows:

General Case History: The attorney for the Trustee represented in the sale of real property.

H.  Previous compensation was never paid.

I.  No retainer of any nature has been paid to the undersigned.

J. The identity of the individual attorney or paralegal performing the services and their respective hourly rates are as follows:

| Initials | Name | Capacity | Hourly Rate |
|---|---|---|---|
| WGS | William G. Schwab | Attorney | $355.00/hr. |
| EJF | Eric J. Filer | Associate | $275.00/hr. |
| AJ | Amanda Jones | Paralegal | $90.00/hr. |
| IA | Blended Rate Lawyer | | $160.00/hr. |

K. The blended professional rate for this petition is $248.93 per hour.

L. Currently there is $24,956.22 on hand, after the payment of secured creditors and authorized fees and expenses.

WHEREFORE, now comes WILLIAM G. SCHWAB, attorney and moves for approval of the fees as more particularly described in the attached Exhibits, which are for legal work to the bankrupt estate. The undersigned has reviewed and certifies same as an accurate and complete account of the services rendered and costs incurred in the above-captioned matter for the period indicated.

Respectfully Submitted,

WILLIAM G. SCHWAB & ASSOCIATES

By: /s/ William G. Schwab
WILLIAM G. SCHWAB, ESQUIRE
Attorney for Trustee
811-1 Blakeslee Blvd. Drive East
P.O. Box 56, Lehighton, PA 18235
(610) 377-5200, Fax (610) 377-5209

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: AKSHARDIP CORP., : Chapter 7
         Debtor.         : Case No. 5:19-01559

## ORDER AUTHORIZING EMPLOYMENT OF ATTORNEY FOR TRUSTEE

**UPON** consideration of the annexed Application of WILLIAM G. SCHWAB, ESQUIRE, Trustee in the above captioned matter, praying for authority to employ and appoint WILLIAM G. SCHWAB and WILLIAM G. SCHWAB AND ASSOCIATES, as of the date of his appointment as Trustee, under a general retainer to represent him as attorney for the Trustee, and it further appearing that no notice of the hearing of said application should be given, no adverse interest having been represented, and it further appearing that the said WILLIAM G. SCHWAB, ESQUIRE is an attorney duly admitted to practice in this court, and the Court being satisfied that WILLIAM G. SCHWAB, ESQUIRE and WILLIAM G. SCHWAB AND ASSOCIATES represents no adverse interest as attorney for the Trustee of the estate of the Debtor in the matters upon which he is engaged; that his employment is necessary and would be in the best interest of the estate, and the case is one justifying the employment of an attorney under a general retainer, IT IS :

HEREBY ORDER AND DECREED that the said WILLIAM G. SCHWAB, ESQUIRE as such Trustee, be and hereby is authorized to employ the said WILLIAM G. SCHWAB, ESQUIRE and his firm as attorney under a general retainer.

* Execution of this Order approving employment is not a guarantee that payment will ultimately be approved in any amount from the estate. Such compensation is dependent on the consideration of a final application for fees. *In re Engel*, 124 F.3d 567 (3rd Cir. 1997).

Dated: May 10, 2019        By the Court,

                           *Robert N. Opel II* (signature)
                           Robert N. Opel, II, Chief Bankruptcy Judge (CG)

# EXHIBIT "B"

Akshardip Corp  April 11, 2021
    c/o David S. Gellert
    3506 Perkiomen Ave
    Reading, Pennsylvania 19606

|  |  | File #: | 18418-2 |
|---|---|---|---|
| Attention: |  | Inv #: | Sample |

RE:     Attorney

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Apr-16-19 | Legal Research - Land Records of Schuylkill County | 0.50 | 197.50 | WGS |
| Apr-17-19 | Telephone Conference with Attorney Schurr (Re: Visit Lien) | 0.30 | 118.50 | WGS |
|  | Legal Research -UCC Search Corp Bureau | 0.30 | 118.50 | WGS |
|  | Preparation of Documents in Final for Electronic Filing (Re: Application to Appoint Attorney for Trustee, Affidavit of Proposed Attorney, Proposed Order and Certificate of Service) | 0.20 | 18.00 | AJ |
|  | Review of Finalized Document for Compliance With ECF Requirements and Local Rules (Re: Application to Appoint Attorney for Trustee, Affidavit of Proposed Attorney, Proposed Order and Certificate of Service) | 0.20 | 18.00 | AJ |
|  | Preparation of Application (Re: Appointment of Attorney for Trustee) | 0.20 | 32.00 | IA |
|  | Preparation of Affidavit of Proposed Attorney (Re: Application to Appoint Attorney for Trustee) | 0.10 | 16.00 | IA |
|  | Preparation of Proposed Order (Re: Application to Appoint Attorney for Trustee) | 0.10 | 16.00 | IA |
|  | Preparation of Certificate of Service (Re: Application to Appoint Attorney for Trustee) | 0.10 | 16.00 | IA |
| Apr-18-19 | Electronic Correspondence to Attorney Shurr (Re: Cist Documentation) | 0.20 | 79.00 | WGS |

|            | Description | Hours | Amount | Atty |
|------------|-------------|-------|--------|------|
|            | Electronic Correspondence to Attorney Zerbe (Re: Second Mortgage Documentation) | 0.20 | 79.00 | WGS |
| Apr-22-19  | Electronic Correspondence From Attorney Zerbe (Re: Second Mortgage Documentation) | 0.30 | 118.50 | WGS |
| Apr-26-19  | Correspondence from Attorney Shurr With Loan Documentation | 0.30 | 118.50 | WGS |
|            | Electronic Correspondence to Attorney Shurr (Re: Payoff to Determine Reserve) | 0.10 | 39.50 | WGS |
| Apr-29-19  | Correspondence from Attorney Shurr (Re: Mortgage Payoff) | 0.20 | 79.00 | WGS |
| May-13-19  | Receipt and Review of Court Order (Re: Granting Appointment of Attorney for Trustee) | 0.20 | 18.00 | AJ |
| May-21-19  | Staff Case Planning Conference with with Attorney Schwab and Dena Kistler (Re: Auction Date) | 0.20 | 59.00 | EJF |
| May-22-19  | Preparation of Motion (Re: Sale Motion) | 3.00 | 885.00 | EJF |
|            | Review of File (Re: Sale Motion) | 0.50 | 147.50 | EJF |
| May-23-19  | Staff Case Planning Conference with with Attorney Filer (Re: Appoint Houser Auctioneers as Auctioneer) | 0.10 | 9.00 | AJ |
|            | Preparation of Application for Appointment (Re: Houser Auctioneers as Auctioneer) | 0.30 | 27.00 | AJ |
|            | Preparation of Proposed Order (Re: Application to Appoint Houser Auctioneers as Auctioneer) | 0.10 | 9.00 | AJ |
|            | Preparation of Certificate of Service (Re: Application to Appoint Houser Auctioneers as Auctioneer) | 0.10 | 9.00 | AJ |
|            | Preparation of Exhibits (Re: Application to Appoint Houser Auctioneers as Auctioneer) | 0.20 | 18.00 | AJ |
| May-28-19  | Revision of Application (Re: Appointment of Houser Auctioneers as Auctioneer) | 0.20 | 18.00 | AJ |
|            | Revision of Proposed Order (Re: Application to Appoint Houser Auctioneers as Auctioneer) | 0.10 | 9.00 | AJ |
|            | Preparation of Documents in Final for | 0.30 | 27.00 | AJ |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Electronic Filing (Re: Application to Appoint Auctioneer, Exhibits, Proposed Order and Certificate of Service) | | | |
| | Review of Finalized Document for Compliance With ECF Requirements and Local Rules (Re: Application to Appoint Auctioneer, Exhibits, Proposed Order and Certificate of Service) | 0.20 | 18.00 | AJ |
| | Electronic Correspondence From and To UST's Office (Re: Auctioneer Bond for the Application to Appoint Houser Auctioneers as Auctioneer) | 0.20 | 18.00 | AJ |
| May-30-19 | Review of Finalized Document for Compliance With ECF Requirements and Local Rules (Re: Amended Exhibit B to the Application to Employ Auctioneer - Updated Auctioneer Bond Receipt) | 0.20 | 18.00 | AJ |
| Jun-05-19 | Receipt and Review of Court Order (Re: Setting Response Deadline and Hearing Date for the Filed Motion to Sell Property Free and Clear) | 0.20 | 18.00 | AJ |
| | Preparation of Documents in Final for Electronic Filing (Re: Certificate of Service as Proof of Service of the Filed Motion to Sell Real & Personal Property Free and Clear, the Notice of the Filed Motion to Sell, and the Court Order Setting Response Deadline and Hearing Date for Same Upon Creditor Mailing Matrix) | 0.40 | 36.00 | AJ |
| | Preparation of Electronically Filing Documents with CertificateofService.com for Service Upon Creditor Mailing Matrix (Re: Notice of the Filed Motion to Sell Real & Personal Property Free & Clear and the Court Order Setting Response Deadline and Hearing Date for Same Upon Creditor Mailing Matrix) | 0.20 | 18.00 | AJ |
| | Review of Finalized Document for Compliance With ECF Requirements and Local Rules (Re: Certificate of Service of the Filed Motion to Sell Real & Personal Property Free & Clear and the Court Order Setting Response Deadline and Hearing Date for Same Upon List of Respondents) | 0.20 | 18.00 | AJ |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Service of Court Documents Along With Certificate of Service and Electronic Filing of Same (Re: Service of Filed Motion to Sell Real & Personal Property Free & Clear and the Court Order Setting Response Deadline and Hearing Date for Same Upon List of Respondents) | 1.60 | 144.00 | AJ |
| | Review of Finalized Document for Compliance With ECF Requirements and Local Rules (Re: Certificate of Service of the Filed Motion to Sell Real & Personal Property Free & Clear and the Court Order Setting Response Deadline and Hearing Date for Same Upon List of Respondents; S &R, Ltd.) | 0.20 | 18.00 | AJ |
| | Review of Finalized Document for Compliance With ECF Requirements and Local Rules (Re: Certificate of Service of the Filed Motion to Sell Real & Personal Property Free & Clear and the Court Order Setting Response Deadline and Hearing Date for Same Upon List of Respondents, Swami Enterprises) | 0.20 | 18.00 | AJ |
| Jun-07-19 | Receipt and Review of Court Order (Re: Granting Application to Employ Houser Auctioneers) | 0.20 | 18.00 | AJ |
| Jun-10-19 | Electronic Correspondence From and To Attorney Filer (Re: Order) | 0.30 | 118.50 | WGS |
| Jun-17-19 | Electronic Correspondence to Attorney Shurr (Re: Visit Bank's Objection) | 0.20 | 59.00 | EJF |
| Jul-16-19 | Review of Objection, Preparation of Amended Order, and E-mail to Attorney Surr (Re: Limited Motion to Sell) | 0.60 | 177.00 | EJF |
| Jul-19-19 | Review and Revision of Proposed Order and Electronic File Amended Order (Re: Order to Resolve VIST Bank's Objections) | 0.50 | 147.50 | EJF |
| Jul-23-19 | Attendance at Hearing via Court Call (Re: Motion to Sell Free and Clear) | 0.80 | 236.00 | EJF |
| | Review of File (Re: Hearing on Sale Today) | 0.30 | 88.50 | EJF |
| Jul-24-19 | Staff Case Planning Conference with Dena Kistler (Re: Auction) | 0.20 | 59.00 | EJF |

| Date | Description | Hours | Amount | Staff |
|---|---|---|---|---|
| | Receipt and Review of Court Order (Re: Granting Motion to Sell Real Property Fee and Clear) | 0.20 | 18.00 | AJ |
| Jul-25-19 | Preparation of Agreement of Sale, Terms of Sale, and Disclosure Statements (Re: Real Estate) | 1.00 | 295.00 | EJF |
| Jul-26-19 | Telephone Conference with State Police (Re: Investigation) | 0.20 | 59.00 | EJF |
| | Preparation of Agreement of Sale (Re: Liquor License) | 0.70 | 206.50 | EJF |
| Jul-29-19 | Preparation of Agreement of Sale | 0.60 | 237.00 | WGS |
| | Telephone Conference with Attorney Shurr (Re: Sale of Real Estate) | 0.30 | 118.50 | WGS |
| Aug-22-19 | Preparation of Motion, Order, Notice and Certificate of Service (Re: Motion to Sell) | 2.50 | 737.50 | EJF |
| Aug-28-19 | Review and Revision of Motion (Re: Sale Motion) | 0.50 | 147.50 | EJF |
| Aug-29-19 | Staff Case Planning Conference with Attorney Filer (Re: Motion to Sell Property at Private Sale) | 0.10 | 9.00 | AJ |
| | Preparation of Documents in Final for Electronic Filing (Re: Motion to Sell Property at Private Sale, Exhibits, Proposed Notice, Proposed Order and Certificate of Service) | 0.50 | 45.00 | AJ |
| | Review of Finalized Document for Compliance With ECF Requirements and Local Rules (Re: Motion to Sell Property at Private Sale with Exhibits and Proposed Order) | 0.20 | 18.00 | AJ |
| Sep-03-19 | Review of Order | 0.20 | 59.00 | EJF |
| Sep-04-19 | Receipt and Review of Court Order (Re: Setting Response Deadline and Hearing Date for the Motion to Sell Property Free and Clear) | 0.20 | 18.00 | AJ |
| | Preparation of Notice with Hearing Date and Response Deadline (Re: Motion to Sell Property Free and Clear) | 0.20 | 18.00 | AJ |
| | Preparation of Electronically Filing | 0.20 | 18.00 | AJ |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Documents with CertificateofService.com for Service Upon Creditor Mailing Matrix (Re: Notice of Motion to Sell and Court Order Setting Response Deadline and Hearing Date for Same) | | | |
| | Preparation of Certificate of Service (Re: Proof of Service of the Filed Motion to Sell Property Free and Clear and the Order Setting Response Deadline and Hearing Date Served Upon List of Respondents) | 0.10 | 9.00 | AJ |
| | Review of Finalized Document for Compliance With ECF Requirements and Local Rules (Re: Notice of the Motion to Sell Property Free and Clear and Certificate of Service as Proof of Service Upon Creditor Mailing Matrix) | 0.20 | 18.00 | AJ |
| | Service of Court Documents Along With Certificate of Service and Electronic Filing of Same (Re: Service of the Filed Motion to Sell Property Free and Clear and the Court Order Setting Response Deadline and Hearing Date for Same Upon List of Respondents) | 1.00 | 90.00 | AJ |
| Sep-24-19 | Review of Objection (Re: Smith's Objection) | 0.20 | 59.00 | EJF |
| | Electronic Correspondence to Attorney Schwab (Re: Objection) | 0.10 | 29.50 | EJF |
| | Telephone Conference with Attorney Schwab (Re: Objection) | 0.20 | 59.00 | EJF |
| Sep-27-19 | Review of Objection and E-mail to Attorney Manning (Re: Stipulated Order) | 0.40 | 118.00 | EJF |
| Oct-08-19 | Review and Revision of Proposed Order and E-mail to Counsel (Re: Resolving Objection) | 0.50 | 147.50 | EJF |
| Oct-09-19 | Staff Case Planning Conference with Attorney Schwab and Electronic Court Filing (Re: Amended Proposed Order) | 0.50 | 147.50 | EJF |
| Oct-17-19 | Attendance at Hearing in Wilkes Barre (Re: Sale Motion) (Re: ProRated) | 1.10 | 324.50 | EJF |
| Oct-21-19 | Receipt and Review of Order (Re: Granting Motion to Sell Property Free and Clear) | 0.20 | 18.00 | AJ |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Nov-27-19 | Electronic Correspondence From and To Attorney Shurr (Re: Settlement Date) | 0.40 | 158.00 | WGS |
| Dec-10-19 | Telephone Conference with Attorney Schwab (Re: Amended Motion to Sell at Private Sale with Order) | 0.20 | 18.00 | AJ |
| | Preparation of Amended Motion (Re: Sale of Real Property at Private Sale) | 0.50 | 45.00 | AJ |
| | Preparation of Amended Notice (Re: Amended Motion for Sale of Real Property at Private Sale) | 0.10 | 9.00 | AJ |
| | Preparation of Amended Proposed Order (Re: Amended Motion for Sale of Real Property at Private Sale) | 0.10 | 9.00 | AJ |
| | Preparation of Amended Certificate of Service (Re: Amended Motion for Sale of Real Property at Private Sale) | 0.10 | 9.00 | AJ |
| Dec-26-19 | Preparation of Motion (Re: Amend Order for Sale) | 2.00 | 590.00 | EJF |
| Dec-27-19 | Review of Finalized Document for Compliance With ECF Requirements and Local Rules (Re: Motion to Amend) | 0.30 | 88.50 | EJF |
| May-27-20 | Electronic Correspondence From and To Jeff Barber (Re: Settlement Extension) | 0.30 | 118.50 | WGS |
| Dec-23-20 | Review of Deed | 0.50 | 197.50 | WGS |
| | Totals | 31.90 | $7,793.50 | |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| William G. Schwab | 4.80 | $395.00 | $1,896.00 |
| Eric J. Filer | 16.70 | $295.00 | $4,926.50 |
| Amanda Jones | 9.90 | $90.00 | $891.00 |
| Blended Rate Lawyer | 0.50 | $160.00 | $80.00 |

**DISBURSEMENTS**                                       **Disbursements**          **Receipts**

| Date | Description | Amount | |
|---|---|---|---|
| Apr-16-19 | Legal Research (Land Record of Schuylkill County- US LAND Records) | 2.00 | |
| Apr-17-19 | Photocopying @ $.15@ Copy (12) | 1.80 | |
| May-13-19 | Photocopying @ $.15@ Copy (2) | 0.30 | |
| May-23-19 | Photocopying @ $.15@ Copy (11) | 1.65 | |
| May-28-19 | Postage | 0.50 | |
|  | Photocopying @ $.15@ Copy (16) | 2.40 | |
| May-30-19 | Photocopying @ $.15@ Copy (17) | 2.55 | |
| Jun-05-19 | Photocopying @ $.15@ Copy (191) | 28.65 | |
| Jun-07-19 | Photocopying @ $.15@ Copy (2) | 0.30 | |
| Jul-25-19 | Photocopying @ $.15@ Copy (10) | 1.50 | |
| Aug-29-19 | Photocopying @ $.15@ Copy (13) | 1.95 | |
| Sep-04-19 | Photocopying @ $.15@ Copy (159) | 23.85 | |
| Dec-10-19 | Photocopying @ $.15@ Copy (20) | 3.00 | |
|  | **Totals** | $70.45 | $0.00 |

| | |
|---|---|
| **Total Fees & Disbursements** | $7,863.95 |
| Previous Balance | $0.00 |
| Previous Payments | $0.00 |
| **Balance Due Now** | $7,863.95 |
| **AMOUNT QUOTED:** | $0.00 |

# Filer & Schwab

P.O. Box 56
Lehighton, PA 18235

# INVOICE

Invoice # 117
Date: 04/19/2021
Due On: 05/19/2021

Mr. William G. Schwab
P.O. Box 56
Lehighton, PA 18235

## 00087-Schwab

## Ackshardip Bankruptcy

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 06/01/2020 | Emails from Attorney Schwab and Ms. Recker (Re: Closing on the property) | 0.30 | $290.00 | $87.00 |
| Service | 06/24/2020 | Phone call to Attorney Gellert (Re: Third Mortgage) | 0.30 | $290.00 | $87.00 |
| Service | 07/06/2020 | Phone Call with Attorney Gellert (RE: Mortgage) | 0.20 | $290.00 | $58.00 |
| Service | 07/13/2020 | Preparation of Amended Motion (Re; 3rd Mortgage) | 1.06 | $290.00 | $307.40 |
| Service | 07/15/2020 | Preparation of Amendment (Re: Agreement of Sale) | 0.60 | $290.00 | $174.00 |
| Service | 09/03/2020 | e-mail to and from Ms. Recker (Re: Closing Status) | 0.20 | $290.00 | $58.00 |
| Service | 09/09/2020 | E-mail for Mortgage Attorney (Re: Closing Status) | 0.20 | $290.00 | $58.00 |
| Service | 09/16/2020 | Phone Call with Attorney Schwab & Attorney Shurr (Re: Sale Status) (2x) | 0.40 | $290.00 | $116.00 |
| Service | 12/11/2020 | E-mail from Bank with Payoff Amount (Re: December Closing) | 0.10 | $290.00 | $29.00 |
| Service | 12/31/2020 | Attendance at Closing (Re: Sale of Schuylkill Haven Property) | 3.50 | $290.00 | $1,015.00 |
| | | | | Total | $1,989.40 |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 117 | 05/19/2021 | $1,989.40 | | $0.00 | $1,989.40 |
| | | | **Outstanding Balance** | | **$1,989.40** |
| | | | **Total Amount Outstanding** | | **$1,989.40** |

Please make all amounts payable to: Filer & Schwab

Please pay within 30 days.